No. 93–8628. TAVERAS *v.* NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–8630. SLOAN *v.* GUILLORY, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 93–8634. STREETER *v.* BURTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–8635. HOLLAWELL *v.* STEPANIK, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8641. JOHNSON, AKA RAZI-BEY *v.* MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–8646. TRUJILLO-GARCIA *v.* ROWLAND, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–8650. THANDIWE *v.* COMPTON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–8651. THANDIWE *v.* STRAHAN ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 93–8657. DOCTOR *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–8659. BAIN *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 93–8662. WITT *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8664. BURNETT *v.* FAIRLEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–8669. HODGE *v.* IDAHO. Ct. App. Idaho. Certiorari denied.

No. 93–8670. GONZALEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8671. FLOWERS *v.* GUDMANSON, WARDEN. C. A. 7th Cir. Certiorari denied.